IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OHPRYS, LLC, | : |
|     Plaintiff, | : |
| v. | :    Civil Action No. 17-260-RGA |
| ONEMAIN FINANCIAL, INC., et al., | : |
|     Defendants. | : |

## JUDGMENT

For reasons set forth in the Court's Memorandum Opinion and Order dated January 22, 2020 (D.I. 104; D.I. 105);

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Defendants and against Plaintiff.

_____
United States District Judge

Dated: 1/22/2020

_____
(By) Deputy Clerk